**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE GUTENBERG,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>REALTY SOURCE INC., a California corporation; ARMAN HARTOYAN, an individual; and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendants. | Case No. 8:18-cv-1672-JLS-ADS<br><br>**JUDGMENT** |

## **JUDGMENT**

The Court granted Plaintiff's Default Judgment Motion on April 17, 2019 and awarded Plaintiff $15,000 in damages, $1,500 in attorneys' fees, post-judgment interest pursuant to 28 U.S.C § 1961, and entry of a permanent injunction. (*See* Doc. 21)

Therefore it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

**I.　JUDGMENT**

1.　Judgment is hereby entered in favor of Plaintiff George Gutenberg, and against Defendant Arman Hartoyan pursuant to 17 U.S.C. § 504, and 17 U.S.C. § 505;

2.　Defendant is hereby ordered to pay statutory damages for willful

infringement pursuant to 17 U.S.C. § 504 in the amount of $15,000;

3. Defendant is hereby ordered to pay Plaintiff's reasonable attorneys' fees pursuant 17 U.S.C. § 505 in the amount of $1,500;

4. Post-judgment interest shall accrue at the rate of 2.41% per annum, in accordance with 28 U.S.C. § 1961, from the date of entry of this Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant Arman Hartoyan to the Plaintiff.

## II. PERMANENT INJUNCTION

1. Defendant and its agents, servants, employees, attorneys, successors, licensees, partners, assigns, and all those acting directly or indirectly in concert or participation with any of them, shall be permanently enjoined from infringing, by any means and inducing copyright infringement by any means of the exclusive rights of Plaintiff and its affiliates, under the Copyright Act, including but not limited to direct copyright infringement, inducement to infringe copyrights, contributory copyright infringement, and vicarious copyright infringement.

The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Judgment and Permanent Injunction.

Dated: April 24, 2019

Hon. Josephine L. Staton
United States District Judge